IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00417-WYD-MJW

JAMES HILL and
CONSTANCE HILL,

    Plaintiffs,

v.

DONALD POPE,
HOMECOMINGS FINANCIAL NETWORK, INC.;
WASHINGTON MUTUAL, FA and/or WASHINGTON MUTUAL BANK;
DEUTSCHE BANK TRUST COMPANY AMERICAS;
MORTGAGE ELECTRONIC REGISTRATION SYSTEM;
TANYA POPE;
LINDA RIGHTMER;
ACT INVESTMENTS, INC.;
CHARLES R. SWIGART;
PAUL T. PFEIFER;
BENSON M. JUAREZ;
MASTIFF FINANCIAL GROUP, LLC;
d/b/a MASTIFF HOME LOANS;
CHARLES S. RILEY;
RON ACKERMAN; and
WILLIAMS TITLE GUARANTY & ESCROW AGENCY, LTD.,

    Defendants.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal of Defendant Ron Ackerman (docket #23), filed May 1, 2008.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and Defendant Ron Ackerman should be **DISMISSED WITHOUT PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation of Dismissal of Defendant Ron Ackerman (docket #23), is **APPROVED**, and Defendant Ron Ackerman is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney's fees and costs. It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: May 14, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge