IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00417-WYD-MJW

JAMES HILL and
CONSTANCE HILL,

    Plaintiffs,

v.

DONALD POPE,
HOMECOMINGS FINANCIAL NETWORK, INC.;
WASHINGTON MUTUAL, FA and/or WASHINGTON MUTUAL BANK;
DEUTSCHE BANK TRUST COMPANY AMERICAS;
MORTGAGE ELECTRONIC REGISTRATION SYSTEM;
TANYA POPE;
LINDA RIGHTMER;
ACT INVESTMENTS, INC.;
CHARLES R. SWIGART;
PAUL T. PFEIFER;
MASTIFF FINANCIAL GROUP, LLC;
d/b/a MASTIFF HOME LOANS; and
CHARLES S. RILEY

    Defendants.

---

## ORDER OF DISMISSAL OF PARTY WITHOUT PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal of Defendants Charles R. Swigart and Mastiff Financial Group, LLC d/b/a Mastiff Home Loans (docket #38), filed May 29, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and Defendants Charles R. Swigart and Mastiff Financial Group, LLC d/b/a Mastiff Home Loans should be **DISMISSED WITHOUT PREJUDICE**. Accordingly, it is

ORDERED that the Stipulation of Dismissal of Stipulation of Dismissal of Defendants Charles R. Swigart and Mastiff Financial Group, LLC d/b/a Mastiff Home Loans (docket #38), is **APPROVED**, and Defendants Charles R. Swigart and Mastiff Financial Group, LLC d/b/a Mastiff Home Loans are **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney's fees and costs. It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: May 30, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge