IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00417-WYD-MJW

JAMES HILL, et al.,

Plaintiffs,

v.

DONALD POPE, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiffs' Motion for Leave to File First Amended Complaint (docket no. 25) is GRANTED finding that no timely response has been filed by any non-moving party and further finding that the requirements under Fed. R. Civ. P. 15(a) have been met. The First Amended Complaint and Demand for Jury Trial (docket no. 25-2) is accepted for filing today.

It is hereby FURTHER ORDERED that Plaintiffs' Renewed Motion to Extend Rule 16(b) and 26(f) Deadlines (docket no. 40) is MOOT and therefore DENIED based upon this court's ruling on Plaintiffs' Motion for Leave to File First Amended Complaint (docket no. 25) above.

Date: June 11, 2008